

# THE THIRTEENTH COURT OF APPEALS

---

13-16-00318-CV

---

BBVA Compass a/k/a Compass Bank, successor in interest to Texas State Bank
v.
Adolfo Vela and Leticia Vela

---

On appeal from the
93rd District Court of Hidalgo County, Texas
Trial Cause No. T-1586-11-B-1

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

March 8, 2018